UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-MJ-06652-STRAUSS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN RYAN BOXIE,

    Defendant.
_____/

FILED BY ____AT____ D.C.
Nov 21, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## ORDER MODIFYING BOND CONDITIONS

**THIS CAUSE**, having come to be considered on Defendant's *Unopposed Motion to Modify Bond Conditions* [ECF No. 46] to remove the requirement for location monitoring, the Government having no objection, the Court having reviewed the file, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that:

Defendant's Motion is hereby **GRANTED**. The conditions of bond previously set by this Court [ECF Nos. 44 and 45] shall be modified to remove the requirement for location monitoring via GPS. All other conditions of the previously set bond shall remain in effect.

**DONE AND ORDERED** in chambers at Fort Lauderdale, Florida this <u>21st</u> day of November, 2025.

_____
Jared M. Straus
United States Magistrate Judge